IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AARON ELLIOTT**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#15146-18**

v.　　　　　　　　　　　　No: 4:19-cv-00450 KGB-PSH

**MURPHE,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

A *pro se* complaint was initiated by Plaintiff Aaron Elliott on June 27, 2019, when he filed a copy of a grievance (Doc. No. 1).  On July 2, 2019, the Court entered an order directing Elliott to file a completed § 1983 form as an amended complaint, and also to submit the full $400.00 filing and administrative fees or file a fully completed and signed IFP application within 30 days. *See* Doc. No. 2.  Elliott was cautioned that failure to comply with the Court's order within that time could result in the recommended dismissal of his case.

More than 30 days have passed, and Elliott has not complied or otherwise responded to the July 2 order.  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See*

*Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Elliott's complaint (Doc. No. 1) be DISMISSED WITHOUT PREJUDICE.

DATED this 7th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE