# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**AARON ELLIOTT,**                                                                  **PLAINTIFF**
**ADC #15146-18**

v.                       Case No. 4:19-cv-00450-KGB-PSH

**MURPHE,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia Harris (Dkt. No. 3). In response, plaintiff Aaron Elliott filed an amended complaint (Dkt. No. 4). After a review of the Proposed Findings and Recommendation, Mr. Elliott's amended complaint, and a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendation in its entirety (Dkt. No. 3).

On July 2, 2019, Judge Harris entered an initial order directing Mr. Elliott to return a completed *in forma pauperis* application or pay the $400.00 filing fee within 30 days (Dkt. No. 2, at 2). Judge Harris also directed Mr. Elliott to file a completed 42 U.S.C. § 1983 form as an amended complaint (*Id.*, at 3). Judge Harris cautioned that failure to return either form within 30 days could result in dismissal of this case (*Id.*). On August 7, 2019, Judge Harris submitted Proposed Findings and Recommendations to this Court, recommending that this case be dismissed without prejudice for Mr. Elliott's failure to submit a completed *in forma pauperis* application or pay the $400.00 filing fee, and for failure to file a § 1983 form as an amended complaint (Dkt. No. 3).

On August 19, 2019, Mr. Elliott submitted a § 1983 form as an amended complaint (Dkt. No. 4). However, Mr. Elliott has not submitted an *in forma pauperis* application or paid the $400.00 filing fee. Accordingly, the Court adopts Judge Harris' Proposed Findings and

Recommendation in its entirety and dismisses Mr. Elliott's complaint without prejudice (Dkt. No. 3).

It is so ordered this 23rd day of June, 2021.

_____
Kristine G. Baker
United States District Judge