# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

AARON ELLIOTT,                                                                                          PLAINTIFF
ADC #15146-18

v.                           Case No. 4:19-cv-00450-KGB-PSH

MURPHE, *et al.*                                                                     DEFENDANTS

## **JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Aaron Elliott's complaint is dismissed without prejudice.

So adjudged this 23rd day of June, 2021.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge